UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON A. SMITH,<br><br>        Plaintiff,<br><br>    v.<br><br>K. SIRWET-BINNING, et al.,<br><br>        Defendants. | Case No. 20-05542 BLF (PR)<br><br>**JUDGMENT** |

The Court has dismissed the instant civil rights action without prejudice for Plaintiff's failure to file an amended complaint.  A judgment of dismissal without prejudice is entered.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated:  _**March 1, 2021**_____

                                                                                                           BETH LABSON FREEMAN
                                                                                                           United States District Judge